IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND ALFORD BRADFORD,

      Plaintiff,                     No. 2:11-cv-3282 KJN P

    vs.

D. FOSTON, et al.,

      Defendants.           ORDER

_____/

        Plaintiff, a state prisoner proceeding without counsel or "pro se", has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out. Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

////

////

////

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Within thirty days from the date of this order, plaintiff shall complete the
3  attached Notice of Submission and submit the following documents to the court:

4  a. A complete Application to Proceed In Forma Pauperis By a Prisoner;
5  and

6  b. a certified copy of plaintiff's prison trust account statement for the six
7  month period immediately preceding the filing of the complaint.

8  2. The Clerk of the Court is directed to send plaintiff a new Application to
9  Proceed In Forma Pauperis By a Prisoner; and

10 3. Plaintiff's failure to comply with this order may result in the dismissal of this
11 action without prejudice.

12 DATED: December 21, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

brad3282.3c+.new

1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF CALIFORNIA

6         Plaintiff,                          No. 2:#cv-
     vs.
7                                              NOTICE OF SUBMISSION
          Defendants.
8    _____/
          Plaintiff hereby submits the following document in compliance with the court's
9    order filed _____:
                                    Complete Application to Proceed In Forma Pauperis
10                                  By a Prisoner/Certified Copy of Prison Trust Account
                                    Statement
11
     DATED:
12
13
                                              _____
14                                            Plaintiff
15
16
17
18
19
20
21
22
23
24
25
26

3